IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VIRGIL CLAYBORN SHELTON, JR.                                                        PLAINTIFF

v.                                    Case No. 6:22-cv-6095

MAJOR OTTS, *et al*.                                                                DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 28. Judge Comstock recommends that Defendants' Motion for Summary Judgement (ECF No. 17) be granted and all claims be dismissed without prejudice because Plaintiff failed to exhaust his administrative remedies.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 28) *in toto*. Defendants' Motion for Summary Judgment (ECF No. 17) is hereby **GRANTED**. Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 9th day of May, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge